**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: March 13, 2018<br>Docket #: 18-691<br>Short Title: USA v. Ulbricht | DC Docket #: 1:14-cr-68-1<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Forrest |

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_	Record on Appeal - Certified List

\_\_\_\_	Record on Appeal - CD ROM

\_\_\_\_	Record on Appeal - Paper Documents

\_X\_\_	Record on Appeal - Electronic Index

\_\_\_\_	Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8628.