## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: USA v. Ulbricht     Docket No.: 18-691

Lead Counsel of Record (name/firm) or Pro se Party (name): Paul Grant

Appearance for (party/designation): Ross William Ulbricht

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect. Please change the following parties' designations:
    Party                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Paul Grant
Firm: Law Office of Paul Grant
Address: 19501 E. Mainstreet, # 200  Parker CO 80138
Telephone: 303-909-6133     Fax: _____
Email: paul_pglaw@yahoo.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously. The short title, docket number, and citation are: USA v. Ulbricht, 15-1815

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: USA v. Ross William Ulbricht, 18-643

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Paul Grant
Type or Print Name: Paul Grant
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.