UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States _v.
Ross William Ulbricht

**DOCKET NUMBER:** SDNY 14 Cr. 68(KBF), Appeal # 18-691

**COUNSEL'S NAME:** Paul Grant

**COUNSEL'S ADDRESS:** Law Office of Paul Grant
19501 E. Mainstreet, # 200 Parker CO 80138

**COUNSEL'S PHONE:** 303-909-6133

### QUESTIONNAIRE

☐ I am ordering a transcript.
☑ I am not ordering a transcript.   Reason: ☐ Daily copy available   ☐ U.S. Atty. placed order
☑ Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

☐ Pre-trial proceedings: _____
(Description & Dates)

☐ Trial: _____
(Description & Dates)

☐ Sentencing: _____
(Description & Dates)

☐ Post-trial proceedings: _____
(Description & Dates)

I, Paul Grant , hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:   ☐ Funds   ☐ CJA Form 24

/s/ Paul Grant                                    3/22/2018
Counsel's Signature                               Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____   Estimated Number of Pages: _____

Estimated completion date: _____

_____          _____
Court Reporter's Signature                       Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.