**PAUL GRANT**
*LAW OFFICE OF PAUL GRANT*
19501 E. Mainstreet, #200
Parker CO 80138
paul_pglaw@yahoo.com
303-909-6133

March 22, 2018

**BY ECF**
Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
United States Courthouse
40 Foley Square
New York NY 10007

Re:     *United States v. Ross William Ulbricht, et al*,
        Docket # 18-691
        From B, Transcript Order Form

Dear Ms. Wolfe:

      I write to submit to this Court a copy of Form B, the filled-in and signed Transcript Order Form. As is shown on that attached form, I will not be ordering a transcript for this appeal because this appeal does not concern matters that were heard in open court. All the matters relevant to this appeal were filed in written form and are included in the district court docket.

Respectfully submitted,

/s/ Paul Grant
Paul Grant
Counsel for Ross William Ulbricht

cc: (by ECF)
     Assistant United States Attorney, Sarah Kathleen Eddy
     Clerk of the District Court