**PAUL GRANT**
*LAW OFFICE OF PAUL GRANT*
19501 E. Mainstreet, #200
Parker CO 80138
paul_pglaw@yahoo.com
303-909-6133

April 3, 2018

**BY ECF**
Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
United States Courthouse
40 Foley Square
New York NY 10007

Re:   *United States v. Ross William Ulbricht, et al*,
      Docket # 18-691

Dear Ms. Wolfe:

     I am writing on behalf of Defendant-Appellant Ross Ulbricht, whom I represent in the above-referenced appeal, to request that the deadline for filing the appellant's brief be scheduled for June 18, 2018.  See Local Rule 31.2(a)(1)(A).

Respectfully submitted,

/s/ Paul Grant
Paul Grant
Counsel for Ross William Ulbricht

cc:  (by ECF)
     Assistant United States Attorney, Sarah Kathleen Eddy