UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand and eighteen,

United States of America,

    Appellee,

v.

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

    Defendant - Appellant.

**ORDER**
Docket No: 18-691

    Counsel for APPELLANT Ross William Ulbricht has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 18, 2018 as the brief filing date.

    It is HEREBY ORDERED that Appellant's brief must be filed on or before June 18, 2018. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court