

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 25, 2018

By CM/ECF

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>**United States v. Ross William Ulbricht,**</u>
             **Docket No. 18-691**

Dear Ms. Wolfe:

    Pursuant to this Court's procedures for the setting of deadlines for filing briefs in criminal appeals, the Government respectfully submits this letter to advise the Court and its adversary that it intends to file its brief on appeal on or before September 17, 2018.

    In addition, the Government requests permission to file, as needed, a supplemental appendix with its brief on appeal in order to satisfy the requirements of Fed. R. App. P. 30 or to provide parts of the record that will assist the Court in resolving the questions presented on appeal.

                             Respectfully submitted,

                             GEOFFREY S. BERMAN
                             United States Attorney

                      By: <u>/s/ Eun Young Choi</u>
                         Eun Young Choi
                         Assistant United States Attorney
                         Tel: (212) 637-2187

cc:  Paul Grant (via CM/ECF)