UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July two thousand and eighteen.

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|       Appellee, | Docket No: 18-691 |
| v. | |
| Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR, | |
|       Defendant - Appellant. | |

_____

      Counsel for APPELLEE United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 17, 2018 as the brief filing date.

      It is HEREBY ORDERED that Appellee's brief must be filed on or September 17, 2018.

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court