# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 18-691

**Caption [use short title]**

**Motion for:** Extension of Time to File Reply Brief

Set forth below precise, complete statement of relief sought:

Mr. Ulbricht requests an extension of time through and including October 12, 2018, in which to submit his Reply Brief.

United States v. Ulbricht

**MOVING PARTY:** Ross William Ulbricht, et al
**OPPOSING PARTY:** United States of America

[ ] Plaintiff  [✓] Defendant
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Paul Grant, Law Office of Paul Grant
19501 E. Mainstreet, #200, Parker, CO 80138
303-909-6133; paul_pglaw@yahoo.com

**OPPOSING ATTORNEY:** Eun Young Choi, US Attorney's Office, SDNY
One St. Andrew's Plaza New York, NY 10007
212-637-2187; eun.young.choi@usdoj.gov

[name of attorney, with firm, address, phone number and e-mail]

**Court-Judge/Agency appealed from:** Hon Katherine B. Forrest

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Paul Grant    **Date:** 9/23/2018    **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 18-691 |
| Appellee, | DECLARATION IN SUPPORT OF ROSS ULBRICHT'S MOTION FOR EXTENSION OF TIME THROUGH OCTOBER 12, 2018, IN WHICH TO SUBMIT HIS REPLY BRIEF |
| -v- | |
| ROSS WILLIAM ULBRICHT, *et al*, | |
| Defendant-Appellant | |

-----------------------------------------------------X

STATE OF COLORADO      )
                                          ) ss.:
CITY AND COUNTY     )
                                          )
OF DENVER                      )

    I, Paul Grant, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury:

    1. I am an attorney licensed to practice law in the State of Colorado, and a member of the bar of this court, and represent Appellant Ross Ulbricht in this matter, in which Mr. Ulbricht has submitted his Appellant's Brief. The government submitted their Appellee's Brief on September 17, 2018, and the Reply Brief is currently due on October 1, 2018. I attempted to contact Assistant United States Attorney Eun Young Choi by phone and left a voice mail for her on the morning of September 21, 2018, and I have not yet received a response as to whether the government will take a position regarding Mr. Ulbricht's request for an extension of time.

1

2. Mr. Ulbricht has meritorious issues to present in his appeal and important argument to present in response to the Appellee's Brief and this is his first request for an extension of time to file his Reply Brief.

3. Undersigned counsel is a sole practitioner and will be unable to complete his research, compose and submit his Reply Brief in compliance with this Court's rules by the current deadline, October 1, 2018. Undersigned counsel is faced with the unusual and unavoidable circumstance that he will be traveling in the United Kingdom from September 25 through October 6, 2018, working on other client business during that time, and will not have access to his office or to his office resources during that time.

4. Mr. Ulbricht is serving a life sentence and no prejudice will result to either party from the short extension of time he is requesting. The short extension requested is necessary for undersigned counsel to adequately respond to the government's brief. This extension will not disrupt the schedule for oral argument since oral argument has not been scheduled and since Mr. Ulbricht will not be requesting oral argument in this appeal.

5. The government did not comply with the time limits set out in Local Rule 31.2 for scheduling the filing of the Appellee's Brief. The Appellant's Brief was filed on 6/19/2018, and his Corrected Brief was filed on 6/23/2018. According to rule, the government was required to submit their scheduling request within 14 days, thus on or before 7/9/2018. The government did not submit their scheduling request to the Clerk of Court until 7/25/2018, sixteen days after their deadline. The government's request offered no explanation or justification for missing their filing deadline and, in fact, stated that their request was submitted pursuant to this Court's procedures. Doc. 5. The Clerk granted the government's out-of-time scheduling request and also allowed the government to submit its brief after the time for filing that brief had already

expired. Local Rule 31.2 provides that the government's brief was due 30 days after the filing of the Appellant's Brief, as a result of their failure to submit a timely scheduling request. *Application of the rule would have required the government to submit their brief on or before 7/23/2018.* The government didn't even request a briefing schedule until *after the time allowed for submitting their brief had already expired.*

      6. As stated in Par. 1, above, I left a voicemail message on the phone of Assistant United States Attorney Eun Young Choi on September 21, 2018, and I have not yet received a response as to whether the government will oppose this timely request from Mr. Ulbricht.

      WHEREFORE, for the reasons provided above, and in the interests of fairness and justice, Mr. Ulbricht respectfully requests an Order granting him leave to submit his Reply Brief on or before October 12, 2018.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Denver, Colorado

    September 23, 2018

                                          /s/ Paul Grant
                                          Paul Grant