**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: December 04, 2018

Docket #: 18-691cr

Short Title: United States of America v. Ulbricht

DC Docket #: 1:14-cr-68-1

DC Court: SDNY (NEW YORK CITY)

DC Judge: Forrest

**NOTICE OF SUBMISSION DATE**
**FOR DETERMINATION OF APPEAL**

**Submission Date:     Tuesday, January 15, 2019.**

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.